# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CORNERSTONE CAPITAL BANK, SSB, d/b/a
CORNERSTONE HOME LENDING

      *Plaintiff*      )
      v.      )    Civil Action No. 3:23-cv-204
      )
CORNERSTONE HOME LOANS LLC  )
      )
      )
      )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Cornerstone Home Loans LLC
    Attn: Donny Ray Kirby, Jr. - Registered Agent
    3834 Carmel Forest Drive
    Charlotte, NC 28226-8120

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **4/12/2023** _____

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.** 3:23-cv-204

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who **resides there, on** *(date)* _____, and mailed a copy to the individual's last known address; or

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____ _____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**