UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00204-RJC-SCR

| | |
|---|---|
| **CORNERSTONE CAPITAL BANK, SSB,** )<br>d/b/a **CORNERSTONE HOME LENDING,** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**CORNERSTONE HOME LOANS LLC** )<br> )<br>**Defendant.** )<br> ) | **ORDER** |

**THIS MATTER** is before the Court on the Joint Motion for Entry of an Order of Consent Injunction by Plaintiff Cornerstone Capital Bank, SSB ("Plaintiff") and Defendant Cornerstone Home Lending LLC ("Defendant"). (Doc. No. 5). Upon consideration of the motion, the record, and the parties' consent, the Joint Motion for Entry of an Order of Consent Injunction, (Doc. No. 5), is **GRANTED**, and:

1. For all purposes of this Consent Injunction, "Trademark" means the word CORNERSTONE, and the words CORNERSTONE and HOME together, used to identify a source of Mortgage Services.

2. For all purposes of this Consent Injunction, "Mortgage Services" means loan and mortgage banking services, loan and mortgage origination services, loan and mortgage refinance services, and loan and mortgage brokering services, for residential and/or commercial loans and mortgages.

3. Defendant and Defendant's officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendant and its officers,

1

agents, servants, employees, and attorneys, are hereby enjoined from and shall immediately cease and forever desist from all uses of the Trademark in the United States for Mortgage Services, including being enjoined from and ceasing all uses of the word CORNERSTONE in, as, or for a business name, trademark, tradename, brand, logo or other identifier for Mortgage Services.

4. For avoidance of doubt, this injunction applies to Defendant's business name, trade name, websites, website URLs, social media sites, social media site URLs, software-based applications, electronic advertising, print advertising, emails, texts, brochures, contracts, and all other tangible and intangible means of conveying information to the public or to individual members of the public, including customers and potential customers.

5. Notwithstanding the foregoing, this injunction does not apply to Internet archive sites not within the possession, custody, or control of Defendant, unless referenced or linked to by Defendant.

**IT IS SO ORDERED.**

Signed: June 27, 2023

_____
Robert J. Conrad, Jr.
United States District Judge